**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

CROSSBORDERS, LLC *d/b/a* RAIN;
MEDIARAIN HOLDINGS, LLC,

          Plaintiffs,

-against-

RESPOND2 COMMUNICATIONS, INC.
*previously known as* R2C GROUP, *d/b/a* "RAIN",

          Defendant.

------------------------------------- x



ORDER

20 Civ. 1198 (LAP)

GEORGE B. DANIELS, United States District Judge:

Defendant's motion to dissolve the February 27, 2020 temporary restraining order is DENIED without prejudice. Any future applications made prior to March 12, 2020 to modify the February 27, 2020 order should be made to Judge Paul A. Engelmayer, who previously issued the temporary restraining order.

Dated: March 2, 2020
      New York, New York

                                             SO ORDERED.

                                             GEORGE B. DANIELS
                                             United States District Judge