UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CROSSBORDERS, LLC, et al., <br><br> Plaintiffs, <br> -v- <br><br> RESPOND2 COMMUNICATIONS, INC., <br><br> Defendant. | 20 Civ. 1198 (LAP) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

      The Court, in its capacity as the Part I judge who entered the temporary restraining order in this litigation last week, has received defendant's memorandum of law seeking the modification and/or dissolution of the TRO prior to the hearing scheduled before Judge Preska on March 12, 2020. Although plaintiffs have submitted a declaration from Toby Butterfield, Esq., this declaration largely argues that defendants have not complied with the TRO, and only anticipates and addresses some of the issues raised by defendant's memorandum of law. The Court would benefit from a reply by plaintiffs that addresses defendants' arguments in full, including with respect to the size of bond that plaintiffs should post in connection with the TRO. This reply is due at 5 p.m. on Wednesday, March 4, 2020. For avoidance of doubt, the TRO remains in full effect.

      SO ORDERED.

                                                                                 PAUL A. ENGELMAYER <br>
                                                                                 United States District Judge

Dated: March 2, 2020 <br>
        New York, New York